UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEVEN LEONARD, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**CAN \| HAVE MONEY, LLC, a New York registered company,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-05481-ENV-SJB |

## AFFIDAVIT OF SERVICE

Beau Dipace, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on November 15, 2024, at 3:33 pm at 418 Broadway, Ste R, Albany, NY 12207, Deponent served the within Litigation Hold Letter, Summons, Cover Sheet, Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Can I Have Money LLC (hereinafter referred to as "subject") by leaving the following documents with Tiffany Smith who as Intake Clerk at Registered agents inc is authorized by appointment or by law to receive service of process for Can I Have Money LLC.

White Female, est. age 25-34, glasses: Y, Black hair, 200 lbs to 220 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.6480021,-73.7505304
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

[✓] I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in Albany County, NY on 11/20/2024.

/s/ *Beau Dipace*

Signature
Server Name: Beau Dipace
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

