UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEVEN LEONARD**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CAN I HAVE MONEY LLC**, a New York registered company,<br><br>*Defendant*. | Case No. 1:24-cv-05481-ENV-CLP<br><br>CLASS ACTION |

## <u>MOTION FOR ENTRY OF CLERK'S DEFAULT</u>

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Leonard hereby files this Application for Clerk's Entry of Default against Defendant Can I Have Money LLC in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by

1

affidavit or otherwise, the clerk <u>must</u> enter the party's default." *See* Fed. R. Civ. P. 55(a) (emphasis added).

Here, Plaintiff filed his Complaint on August 6, 2024. *See* ECF No. 1. Plaintiff served Defendant on November 15, 2024. ECF No. 5. Accordingly, Defendant's response to the Complaint was due by December 6, 2024.

Defendant has not filed a responsive pleading or filed an extension of time. Accordingly, Plaintiff requests that the Clerk enter the Defendant's default pursuant to Fed. R. Civ. P. 55(a).

WHEREFORE, for the reasons set forth herein, Plaintiff respectfully requests that the Clerk of Court enter default against Defendant pursuant to Fed. R. Civ. P. 55(a).

DATED this 15th day of January, 2025.      Respectfully submitted,

By: /s/ Stefan Coleman
Stefan Coleman
law@stefancoleman.com
COLEMAN PLLC
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427

Avi R. Kaufman*
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Pro hac vice motion forthcoming*
*Attorneys for Plaintiff and the putative Class*

2