UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEVEN LEONARD**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CAN I HAVE MONEY LLC**, a New York registered company,<br><br>*Defendant.* | Case No. 1:24-cv-05481-ENV-CLP<br><br>CLASS ACTION |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Leonard hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 29th day of January, 2025.       Respectfully submitted,

By: /s/ Stefan Coleman
Stefan Coleman
law@stefancoleman.com
COLEMAN PLLC
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the putative Class*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/30/2025

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.

1